UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-6355-SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREY SHUKLIN,

    Defendant.

_____

### DETENTION ORDER

Pursuant to 18 U.S.C. § 3142(f), on August 6, 2018, a hearing was held to determine whether Defendant, **Andrey Shuklin** should be detained prior to trial. Having considered the factors enumerated in 18 U.S.C. § 3142(g), this Court finds that no condition or combination of conditions will reasonably assure the appearance of this Defendant as required and/or the safety of any other person and the community. Therefore, it is hereby ordered that Defendant, **Andrey Shuklin** be detained prior to trial and until the conclusion thereof.

In accordance with the provisions of 18 U.S.C. § 3142(i), the Court hereby makes the following findings of fact and statement of reasons for the detention:

1. The Defendant is charged with conspiracy to engage in racketeering, in violation of 18 U.S.C. § 1962(d). 18 U.S.C. § 3142(g)(1).

2. The weight of the evidence against the Defendant is substantial. Government witnesses will testify that the Defendant was the leader of a criminal enterprise which involved the creation of a moving company which presented itself as 13 separate moving companies during the time period of October 31, 2008 to April 26, 2018. Nine of these "companies" were ordered by the United States Department of Transportation (USDOT) to cease operating as movers of household

goods, after which the enterprise would continue its operations under another name. The enterprise utilized aliases and false identification documents, including driver's licenses, and made false representations to customers and false bids for moving costs.

It was the practice the enterprise to make a binding low bid to a customer, but after the customer's goods were loaded into moving trucks, the moving cost would be increased substantially. The customer would be informed that if he or she did not pay the inflated price, his or her goods would not be returned. On at least one occasion, the customer's goods were sold by the enterprise. 18 U.S.C. § 3142(g)(2).

3. The pertinent history and characteristics of the Defendant are that he is a native of Russia who entered the United States in March 2013. The Defendant is a permanent resident of, and has been granted asylum in this country. His wife is a permanent resident and they have one child, who is a United States citizen. The Defendant's mother lives in Italy, and the Defendant has traveled to Italy and Spain since his arrival in the United States. At one point he considered moving to Spain. Friends and family of the Defendant are prepared to sign on a bond and to post property with a total value of approximately $340,000.00. However, based on the Defendant's international ties, his access to false identification documents and the substantial prison term he faces if released on bond, he constitutes a risk of flight. 18 U.S.C. § 3142(g)(3)(A) and (B).

4. The Court specifically finds that there are no conditions or combination of conditions which reasonably will assure the Defendant's appearance as required and/or the safety of any other person and the community. 18 U.S.C. § 3142(e).

Based upon the above findings of fact, which were supported by clear and convincing evidence, the Court has concluded that this Defendant presents a serious risk of flight if released prior to trial. The Court hereby directs:

(a) That the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practical, from persons awaiting or serving sentences or being held in custody pending appeal;

(b) That the Defendant be afforded reasonable opportunity for private consultation with counsel; and

(c) That, on order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE AND ORDERED at Fort Lauderdale, Florida, this 7th day of August, 2018.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Terry Lindsey (FTL)
Eric Tolin Schwartzreich, Esq.
Jason Wyatt Kreiss, Esq.

U.S. Probation Office (FTL)